DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KEONTE RASHAAD CHRISTMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0283

_____

January 2, 2026

Appeal from the Circuit Court for Hillsborough County; Laura E. Ward,
Judge.

Keonte Rashaad Christmas, pro se.

James Uthmeier, Attorney General, Tallahassee, and Christopher Manon,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

　　Affirmed.


KHOUZAM, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.